# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASIA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:18-cv-00899 |
| v. ) | |
| ) | Judge Mark R. Hornak |
| GERMAN AEROSPACE CENTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

The Plaintiff seeks *in forma pauperis* status, and seeks to assert a claim against the "German Aerospace Center" for its alleged actions in creating an artificial Sun which has blocked out the rays of the "real" Sun, causing her to "almost pass[] out" on July 4, 2018, and killing 33 unidentified people from the allegedly resulting heatwave. The only relief she seeks is the return of "real" sunlight to the Earth.

The Motion for *in forma pauperis* status is granted. The Court has carefully reviewed and considered the matter, as it must, pursuant to 28 U.S.C. § 1915, and concludes that the Plaintiff does not state a claim for relief, as she makes no showing of a right to recovery or relief that is at all plausible as that term is used under federal law, nor in the circumstances pled, can she do that upon amendment. Further, the nature of the relief sought is beyond the substantial remedial powers of this federal court.

Therefore, the Motion for *in forma pauperis* status is GRANTED, and the case is DISMISSED with prejudice and without leave to amend. The Clerk will close the case.

So ordered

*/s/ Mark R. Hornak* 7/23/18

Mark R. Hornak
United States District Judge

cc: All counsel of record